UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

| | |
|---|---|
| NINA DEFRANISCO GONZALEZ<br>2146 W. SIMPSON RD.<br>BURLINGTON, NC  27217 | CASE NO. 20-10883<br>JUDGE BENJAMIN A. KAHN |
| DEBTOR | |
| SSN(1) XXX-XX-1315 | DATE:  06/25/2021 |

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID:  1735<br>CLAIM #:  0025 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERIS BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047 | MONTHLY PMT  $948.81<br>INT:  .00%<br>NAME ID:  184183<br>CLAIM #:  0005 | (H) ONGOING-SECURED<br><br>ACCT: 3083<br>COMMENT:  DT RERP,CTD EFF APR21 |
| AMERIS BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047 | $3,795.24<br>INT:  .00%<br>NAME ID:  184183<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 3083<br>COMMENT:  ARR DEC20 THRU MAR21 |
| AMERIS BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047 | $22,662.20<br>INT:  .00%<br>NAME ID:  184183<br>CLAIM #:  0007 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 3083<br>COMMENT:  ARR THRU NOV20 |
| AMERIS BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047 | $450.00<br>INT:  .00%<br>NAME ID:  184183<br>CLAIM #:  0028 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 3083<br>COMMENT:  POST PET FEES |
| BRINKS HOME SECURITY<br>P O BOX 660418<br>DALLAS, TX  75266 | $0.00<br>INT:  .00%<br>NAME ID:  48279<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $647.95<br>INT:  .00%<br>NAME ID:  181492<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 9591<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $403.97<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0022 | | (U) UNSECURED<br><br>ACCT: 8739<br>COMMENT: |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT: .00%<br>NAME ID: 2914<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,930.03<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 6623<br>COMMENT: |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC  27713 | $1,795.38<br>INT: .00%<br>NAME ID: 115926<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 1315<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,303.27<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 17TX<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $240.66<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: PEN<br>COMMENT: |
| LTD ACQUISITIONS LLC<br>3200 WILCREST DR STE 600<br>HOUSTON, TX  77042 | $549.83<br>INT: .00%<br>NAME ID: 182372<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 7269<br>COMMENT: BANK OF MISSOURI |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $310.83<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0027 | | (U) UNSECURED<br><br>ACCT: 0604<br>COMMENT: QVC |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,589.74<br>INT: 5.25%<br>NAME ID: 150555<br>CLAIM #: 0008 | | (V) VEHICLE-SECURED<br><br>ACCT: 7469<br>COMMENT: 05MAZD,06FORD |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $0.00<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #: 0010 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 7469<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,089.76<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0004 | | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $173.61<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0026 | | (U) UNSECURED<br><br>ACCT:  19TX<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,194.56<br>INT:  .00%<br>NAME ID:  68146<br>CLAIM #:  0014 | | (U) UNSECURED<br><br>ACCT:  9714<br>COMMENT:  SYNCHRONY BANK | |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,341.41<br>INT:  .00%<br>NAME ID:  159089<br>CLAIM #:  0023 | | (U) UNSECURED<br><br>ACCT:  8350<br>COMMENT: | |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $632.26<br>INT:  .00%<br>NAME ID:  159089<br>CLAIM #:  0024 | | (U) UNSECURED<br><br>ACCT:  0084<br>COMMENT: | |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID:  170064<br>CLAIM #:  0009 | | (S) SECURED<br>SURRENDERED<br>ACCT:  2151<br>COMMENT:  OC,SHARES,REL | |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID:  170064<br>CLAIM #:  0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,738.22<br>INT:  .00%<br>NAME ID:  170064<br>CLAIM #:  0020 | | (U) UNSECURED<br><br>ACCT:  2151<br>COMMENT:  SPLIT | |
| US DEPARTMENT OF EDUCATION<br>% FEDLOAN SERVICING<br>P O BOX 790234<br>SAINT LOUIS, MO  63179 | $57,454.75<br>INT:  .00%<br>NAME ID:  177948<br>CLAIM #:  0012 | | (U) UNSECURED<br><br>ACCT:  1315<br>COMMENT: | |
| **TOTAL:** | **$105,304.48** | | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE | |

ANITA JO KINLAW TROXLER, TRUSTEE  
500 W FRIENDLY AVE STE 200  
P O BOX 1720  
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/25/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
     Clerk
     Chapter 13 Office
     500 W FRIENDLY AVE STE 200
     P O BOX 1720
     GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice